# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 14, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157930(3)

IN THE MATTER OF

TERESA M. BRENNAN, JUDGE
53rd DISTRICT COURT

SC: 157930

JTC Formal Complaint 99

BEFORE THE JUDICIAL TENURE COMMISSION
_____/

On order of the Court, the request by the Judicial Tenure Commission for the appointment of a Master is considered, and the Honorable William J. Giovan is hereby appointed Master to hear Formal Complaint No. 99.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 14, 2018



Clerk